## ATTACHMENT  ITEM VIII RELATED CASES

**6 CASES BEFORE JUDGE JACQUELINE SCOTT CORLEY**

**3:22-CV-01696**
**3:22-CV-01702**
**4:22-CV-01703**
**4:22-CV-01704**
**3:22-CV-01706**
**5-22-CV-02887**

**5 ADDITIONAL SUITS WILL BE FILED SHORTLY AS WELL**