**MCDERMOTT WILL & EMERY LLP**
WILLIAM P. DONOVAN, JR (SBN 155881)
wdonovan@mwe.com
2049 Century Park East, Suite 3200
Los Angeles, CA  90067-3206
Telephone:     +1 310 277 4110
Facsimile:     +1 310 277 4730

JOSHUA B. SIMON (admitted *pro hac vice*)
WARREN HASKEL (admitted *pro hac vice*)
DMITRIY TISHYEVICH (SBN 275766)
RICHARD D. DIGGS (admitted *pro hac vice*)
**MCDERMOTT WILL & EMERY LLP**
jsimon@mwe.com
whaskel@mwe.com
dtishyevich@mwe.com
rdiggs@mwe.com
One Vanderbilt Avenue
New York, NY  10017-3852
Telephone:     +1 212 547 5400
Facsimile:     +1 212 547 5444

Attorneys for Defendant
CIGNA BEHAVIORAL HEALTH, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>CIGNA HEALTHCARE OF CALIFORNIA, INC.,<br><br>          Defendant. | Case No.  3:22-cv-3270-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULES 6-1 AND 6-2** |

1  This Stipulation is entered into by and among Plaintiff Saloojas, Inc. ("Saloojas") and Defendant Cigna HealthCare of California, Inc. ("Cigna"), by and through their respective counsel.

WHEREAS, on June 3, 2022, Saloojas filed its Complaint in the United States District Court for the Northern District of California, Case No. 3:22-cv-3270, *Saloojas, Inc. v. CIGNA Healthcare of California, Inc.*;

WHEREAS, on October 6, 2022, the Court granted Cigna's motion to dismiss and gave Saloojas leave to file an amended complaint;

WHEREAS, on October 26, 2022, Saloojas filed its amended complaint (the "Amended Complaint");

WHEREAS, under Federal Rule of Civil Procedure 15, Cigna's response to the Amended Complaint is currently due on November 9, 2022;

WHEREAS, the parties have agreed to extend Cigna's time to file its answer or otherwise respond to the Amended Complaint to provide Cigna with additional time to investigate the allegations in Saloojas's Amended Complaint and to avoid overlap with the Thanksgiving holiday;

WHEREAS, the parties have not previously requested extensions with respect to Cigna's deadline to respond to the Amended Complaint;

WHEREAS, the parties do not anticipate that the requested time modification will have an effect on the schedule for the case beyond the briefing schedule for Cigna's response to the Amended Complaint;

THEREFORE, it is hereby stipulated and agreed that, subject to Court approval:

1. Cigna shall file its answer or otherwise respond to the Amended Complaint on or before **November 28, 2022**.

**IT IS SO STIPULATED AND AGREED.**

[signatures on following page]

//

//

//

//

Dated: November 1, 2022        **LAW OFFICE OF MICHAEL LYNN GABRIEL**

By: */s/ Michael Lynn Gabriel*
    MICHAEL LYNN GABRIEL

Attorney for Plaintiff
SALOOJAS, INC.

Dated: November 1, 2022        **MCDERMOTT WILL & EMERY LLP**

By: */s/ Dmitriy Tishyevich*
    DMITRIY TISHYEVICH

Attorneys for Defendant
CIGNA HEALTHCARE OF CALIFORNIA, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 2, 2022

Hon. Charles R. Breyer
United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT PURSUANT TO CIVIL LOCAL RULES 6-1 AND 6-2
CASE NO: 3:22-CV-3270