IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALOOJAS, INC., | Case No. 22-cv-03270-CRB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CIGNA HEALTHCARE OF CALIFORNIA, INC., | |
| Defendant. | |

For the reasons explained in the Court's order dismissing this case, see dkt. 43, judgment is hereby entered in favor of Defendant Cigna Healthcare of California, Inc. and against Plaintiff Saloojas, Inc.

**IT IS SO ORDERED.**

Dated: February 3, 2023

CHARLES R. BREYER
United States District Judge